UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORDIA
ORLANDO DIVISION

PATRICK DURSO            Case No. 6:07-cv-02007-MSS-KRS
    Plaintiff,
.vs.

SUMMER BROOK PRESERVE HOMEOWNERS
ASSOCIATION, a Florida Not for Profit Corporation,
David Roach, Colin Walker, Elizabeth McCabe,
Kimberly Kanarick, Fred Cato, Fred Douglas, Deborah
Steen, and Joseph DeLeo,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiff Patrick Durso, pro se and files his Notice of Voluntary Dismissal of the Amended Complaint without Prejudice and in support thereof, states as follows:

1. Plaintiff has filed his Amended Complaint in the above styled action.

2. The Defendants have filed Motions to Dismiss with the Court.

3. The Plaintiff has filed his response to the Motions to Dismiss.

4. The matter is pending before the Court.

5. The Plaintiff, in filing his Amended Complaint, elected to withhold inclusion of his state claims against Defendants.

1

      Plaintiff has instead elected to file those state claims in state court in the 18th judicial circuit in and for Brevard County, Florida.

6. Plaintiff has pursued settlement with Defendants in hope of resolving the federal and state claims.

7. Plaintiff's likelihood of prevailing in the state claims as a pro se litigant is substantially greater than pursuing his limited claims in federal court.

8. Pursuing both federal and state claims would be unnecessary and redundant litigation.

9. The relief sought under the RICO and FDCPA are both available under compatible state statutes.

10. It is in the best interest of all parties that Plaintiff dismiss the federal action without prejudice.

Wherefore, Plaintiff hereby dismisses the above-styled action without prejudice and request the Court enter an order hereby dismissing the same without prejudice.

## NOTICE OF COMPLIANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE AND THE LOCAL RULES FOR THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA

PATRICK DURSO, PRO SE
PLAINTIFF

## CERTIFICATE OF SERVICE

I, the undersigned Plaintiff, Patrick Durso, do hereby certify a true and correct copy of this ~~Complaint~~ Dismissed has been sent via United States Mail to Cynthia Kohn, Esq., 315 E. Robinson Street, Suite 550, Orlando, FL 32801, and Robert J. Jack, Esquire, 201 E. Pine Street, Suite 1500, Orlando, FL 32801, and Paul S. Jones 255 South Orange Ave., Suite 930, Orlando, FL 32801 and Joseph DeLeo, pro se, 3490 N. U.S. Highway 1, Cocoa, Florida 32923 this 17th day of October, 2008.

_____
PATRICK DURSO, PRO SE
PLAINTIFF
3937 Parkway Drive,
Melbourne, FL 32935
Telephone: 321-693-1916
Email: Patrick@ boatmat.com

3