UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PATRICK DURSO,**

    Plaintiff,

v.                              Case No.: 6:07-cv-2007-Orl-35KRS

**SUMMER BROOK PRESERVE
HOMEOWNERS ASSOCIATION,** *et. al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes on for consideration of Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. 102).

Upon consideration, it is **ORDERED** that:

This case is **DISMISSED WITHOUT PREJUDICE**. The **CLERK** is directed to **CLOSE** this case.

**DONE and ORDERED** in Orlando, Florida this 24th day of October 2008.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record